JOHN W. HUBER, United States Attorney (#7226)
MICHAEL GADD, Special Assistant United States Attorney (#13704)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682
Email: michael.gadd@usdoj.gov

SEALED

FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH
FEB 10 2017
D. MARK JONES, CLERK
BY_____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, | Case No. 2:17-mj-84-EJF |
|---|---|
| Plaintiff, | COMPLAINT |
| vs. | |
| JOHN PAUL MORRISON, | Judge Evelyn J. Furse |
| Defendant. | |

Before the Honorable Evelyn J. Furse, United States Magistrate Court Judge for the District of Utah, appeared the undersigned, who on oath deposes and says:

**COUNT I**
21 U.S.C. §§ 841(a)(1) & 846
(Conspiracy to Distribute Fentanyl)

Beginning at a date unknown, but not later than October 2015, and continuing through at least February 9, 2017, within the Central Division of the District of Utah and elsewhere,

JOHN PAUL MORRISON,

1

the defendant herein, did knowingly and intentionally combine, conspire, confederate, and agree with others known and unknown to distribute a mixture or substance containing a detectable amount of Fentanyl (1-(2-phenethyl)-4-(N-propionylanilino) piperidine), a Schedule II controlled substance within the meaning of 21 U.S.C. § 812; all in violation of 21 U.S.C. § 841(a)(1) and 846 and punishable pursuant to 21 U.S.C. § 841(b)(1)(C).

This complaint is made on the basis of investigation consisting of the following:

1. In May 2016, agents from the DEA Tactical Diversion Squad learned that John MORRISON led a drug trafficking organization that distributed fake pharmaceutical pills containing FENTANYL.

2. On July 18, 2016, an undercover officer purchased from MORRISON two hundred (200) small, round, blue pills, with one hundred (100) bearing the inscription "A 215" and another one hundred (100) bearing the inscriptions "M" and "30". Lab reports confirmed that the pills contained FENTANYL.

3. The purchased pills were fake pills that represented to be the FDA-approved drugs Oxycodone Hydrochloride 30mg manufactured by Mallinckrodt, Inc. (M/30 imprinted on the tablets) and Oxycodone Hydrochloride 30 mg manufactured by Actavis Totowa LLC (A215 imprinted on the tablet).

4. Agents continued to investigate MORRISON and other members of his drug trafficking organization, purchasing additional counterfeit pills.

5. On February 9, 2017, agents executed a search warrant at MORRISON's residence. Morrison was located a detained. Agents found approximately $12,000

USD in one of MORRISON's vehicles. Agents located two loaded handguns inside MORRISON's residence. One handgun, a Springfield XD 9mm, was located on the nightstand next to MORRISON's bed. The other handgun, a Century Arms TP9, was located in a closet. Agents also located a false Utah identification with MORRISON's picture on it.

6.  MORRISON, post Miranda, agreed to speak with agents. MORRISON admitted that he had been distributing fake oxycodone pills for since late 2015. MORRISON admitted that he knew all the fake oxycodone pills he was distributing contained FENTANYL. MORRISON admitted that the approximately $12,000 USD located in his vehicle was proceeds from a drug deal that he conducted on February 8, 2017.

Based on the foregoing information, your affiant respectfully requests that a warrant of arrest be issued for JOHN PAUL MORRISON for a violation of 21 U.S.C. §§ 846 and 841(a)(1).

_____
Affiant, Joshua Fife
Task Force Officer, Drug Enforcement Administration

SUBSCRIBED AND SWORN to before me this 10th day of February, 2017.

_____
Evelyn J. Furse
United States Magistrate Court Judge

APPROVED:

JOHN W. HUBER
United States Attorney

_____
Michael Gadd
Special Assistant United States Attorney