JOHN W. HUBER, United States Attorney (#7226)
MICHAEL GADD, Special Assistant United States Attorney (#13704)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682
Email: michael.gadd@usdoj.gov

FILED
U.S. DISTRICT COURT

2017 FEB 22  P 1: 04

DISTRICT OF UTAH

DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | INDICTMENT |
| Plaintiff, | VIOLATION: |
| vs. | 21 U.S.C. §§ 841(a)(1) & 846, Conspiracy to Distribute Fentanyl |
| JOHN PAUL MORRISON, | |
| Defendant. | Case: 2:17-cr-00116 Assigned To : Campbell, Tena Assign. Date : 2/22/2017 Description: USA v. |

The Grand Jury Charges:

## COUNT 1
21 U.S.C. §§ 841(a)(1) & 846
(CONSPIRACY TO DISTRIBUTE FENTANYL)

Beginning at a date unknown, but not later than October 2015, and continuing

through at least February 9, 2017, within the Central Division of the District of Utah and

elsewhere,

### JOHN PAUL MORRISON,

the defendant herein, did knowingly and intentionally combine, conspire, confederate,

and agree with others known and unknown to distribute four hundred grams or more of a

mixture or substance containing a detectable amount of Fentanyl (1-(2-phenethyl)-4-(N-

propionylanilino) piperidine), a Schedule II controlled substance within the meaning of 21 U.S.C. § 812; all in violation of 21 U.S.C. § 841(a)(1) and 846 and punishable pursuant to 21 U.S.C. § 841(b)(1)(A).

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

Pursuant to 21 U.S.C. § 853, upon conviction of any offense in violation of 21 U.S.C. §§ 841 or 846, as set forth in this indictment, the defendant shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses. The property to be forfeited includes, but is not limited to, the following:

- $12,902 USD
- A White Cadillac Escalade, with VIN 1GYFK63837R344463
- A Springfield XD 9mm handgun
- A Century Arms Canik TP9 SA, 9mm handgun

A TRUE BILL:

/s/
_____
FOREPERSON OF GRAND JURY

JOHN W. HUBER
United States Attorney

MICHAEL GADD
Special Assistant United States Attorney

2